RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 7/15/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GERALD WILLIAMS<br>LA. DOC #228185 | CIVIL ACTION NO. 09-0817 |
| | SECTION P |
| VS. | |
| | JUDGE ROBERT G. JAMES |
| WARDEN, DAVID WADE CORR. CENTER | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 6], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Doc. No. 7];

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 2 day of September, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE